# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:16CR17 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JIMMIE D. WINDHAM, III, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Richard H. McWilliams and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jimmie D. Windham, III (Windham) (Filing No. 29). Mr. McWilliams represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. McWilliams's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 29) is granted.

Beau G. Finley, 209 South 19th Street, #500, Omaha, NE 68102, (402) 345-1153, is appointed to represent Windham for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. McWilliams shall forthwith provide Mr. Finley with the discovery materials provided the defendant by the government and such other materials obtained by Mr. McWilliams which are material to Windham's defense.

The clerk shall provide a copy of this order to Mr. Finley, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 4th day of February, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge