IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMIE D. WINDHAM, III,<br><br>Defendant. | 8:16-CR-17<br><br>ORDER |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Reset Sentencing Hearing (filing 51) is granted.

2. Defendant Jimmie D. Windham's sentencing is continued to September 21, 2016, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 27th day of July, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge