IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:16CR17 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JIMMIE D. WINDHAM III, | |
| Defendant. | |

The defendant appeared before the Court on his Motion to Review Detention. (Filing No. 96.) Karen Shanahan represented the defendant. Matthew Molsen represented the government.

Evidence was presented and the court finds Defendant has met his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Defendant's Motion to Review Detention, Filing No. 96, is granted.

The defendant shall be released on Monday, March 9, 2020 at 9:00 a.m. on the current terms and conditions of supervision with the additional conditions to include GPS monitoring and a curfew from 10:00 p.m. to 6:00 a.m. every day.

**IT IS SO ORDERED**.

Dated this 4th day of March, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge